AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

ALEX M. BERMUDES,

      Plaintiff,    JUDGMENT IN A CIVIL CASE
V.

                               CASE NUMBER: **3:11-cv-00038-RCJ-RAM**

SOCIAL SECURITY ADMINISTRATION,

      Defendants.

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Motion to Dismiss (ECF No. 11) is GRANTED. Judgment is hereby entered in favor of defendant and against plaintiff.

  July 6, 2011                              **LANCE S. WILSON**
                                                Clerk

                                            /s/ Katie Lynn Ogden
                                               Deputy Clerk